# United States District Court
# For The Western District of North Carolina
# Statesville Division

WARREN DARNELL TIPPS,

       Petitioner,

vs.

WILLARD JOBE, ADMINISTRATOR,

       Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV283-2-MU

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2006, Order.

Signed: January 26, 2006

Frank G. Johns, Clerk
United States District Court